GERTRUDE STERNFELD, on Behalf of Herself and All Other Common Stockholders of the TOXAWAY TANNING COMPANY, Respondent, v. TOXAWAY TANNING COMPANY et al., Appellants, Impleaded with Others.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Townley and Untermyer, JJ., dissent and vote to reverse and grant the motion to dismiss the complaint on the ground of insufficiency in law.